# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# CLOSED

ROBERT GRAIFMAN,

    Plaintiff(s),

v.

SERVICECHANNEL.COM, INC.,
A Corporation of the State of Delaware,

    Defendant(s).

Civil Action No.: 06-2939 (JLL)

**ORDER**

    It appearing that it has been reported to the Court that the above captioned matter has been settled:

    It is on this 11th day of **APRIL, 2007**;

    **ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

JOSÉ L. LINARES, U.S.D.J.